Vincent Njekwu MBAGWU, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 04–1554.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2004.

Decided Dec. 29, 2004.

Vincent Njekwu Mbagwu, Petitioner pro se. Daniel Eric Goldman, United States Department of Justice, Washington, DC, for Respondent.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Vincent Njekwu Mbagwu, a native and citizen of Nigeria, petitions for review of a

final order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and find that the Board did not abuse its discretion in declining to grant the motion to reopen. *See Stewart v. INS,* 181 F.3d 587, 595 (4th Cir.1999); 8 C.F.R. § 1003.2 (2004); 8 C.F.R. §§ 1245.1(c)(8), 1245.2(a)(1) (2004).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*